UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                           CASE NO. 17-19141-BKC-RBR
                                                 CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

### DEBTOR'S MOTION FOR CONTINUANCE OF AUTOMATIC STAY

COMES NOW the Debtor, RALPH LEVI SANDERS, JR., by and through his undersigned attorney, files this Motion for Continuance of the Automatic Stay, and in support thereof states:

1. This Court has jurisdiction over this matter pursuant 28 U.S.C. Sections 1334(b), 157(a), and 362(d) of Title 11, United States Code.  Furthermore, this is a core proceeding pursuant 28 USC Section 157(b)(2)(G).

2. The Debtor has a pending Chapter 13 Bankruptcy in the Southern District of Florida.

3. The Debtor had one prior case within the preceding one-year period.

4. Pursuant to 11 U.S.C. 362 (3) (B) & (C), the Debtor seeks to continue and extend the automatic stay beyond the initial thirty-day period.

5. The Debtor now has additional income and wishes to attempt to save his homestead property through a bankruptcy.

6. The Debtor believes these circumstances make this second filing appropriate at this time.

WHEREFORE, the Debtor requests this Court enter an Order Continuing the Automatic Stay through completion of the Chapter 13 Plan, and to extend to all creditors.

Dated: July 22, 2017.

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd, Ste 31
Ft. Lauderdale, FL  33309
(954) 535-1131

By: /s/ Michael H. Johnson
    Michael H. Johnson
    Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).