**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**MMM - CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ralph Levi Sanders                              CASE NO.: 17-19141-BKC-RBR
Last Four Digits of SS#: 6171

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

        A.    $2,017.50 for months __1__ to __36__; in order to pay the following creditors:

Administrative:    Attorney's Fee and Costs - $3,500.00 (Base Chapter 13 Fee)
                                               $2,500.00 (MMM program)
                      Total Attorney's Fees - $6,000.00
                      Amount Paid-(Pre-petition) ($ 700.00)
                      Balance Due Though Plan $5,300.00 payable $184.58/month (Months __1__ to __5__)
                                                      payable $168.35/month (Months __6__ to __31__)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage        MMM Payment $1,649.51/month (Months __1__ to __36__)
Address: POB 10335
          Des Moines, IA 50306
Account No: 9122

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**
NONE

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | __ To | |

Priority Creditors: [as defined in 11 U.S.C. §507]: NONE

1. _____    Total Due $_____
                                     Payable $_____/month (Months __ to __)

Unsecured Creditors: Pay $0.00/month (Months __1__ to __5__)
                           Pay $16.23/month (Months __6__ to __31__)
                           Pay $184.58/month (Months __32__ to __36__)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The Debtor will treat the second mortgage with the Small Business Administration (account no.: 6003 on his homestead property located at 561 SW 60 Ave. Plantation, FL 33317 direct outside of the Plan.

2. In the event the Debtor recovers any non-exempt proceeds from his pending lawsuit against Temenos USA, Inc., those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

LF-31(rev. 1/08/10)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: _____
Ralph Levi Sanders

Date: AUG 18, 2017

LF-31(rev. 1/08/10)