# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

                                      **CASE NO.: 17-19141-BKC-RBR**
                                      PROCEEDING UNDER CHAPTER 13

IN RE:

RALPH LEVI SANDERS, JR.
XXX-XX-6171

<u>DEBTOR                              </u>/

## NOTICE OF
## CONTINUED 341 MEETING OF CREDITORS AND CONFIRMATION HEARING

    YOU ARE HEREBY NOTIFIED that the §341 Meeting of Creditors has been continued to <u>October 18, 2017</u> at <u>10:00 AM</u> at the UNITED STATES FEDERAL BANKRUPTCY COURTHOUSE, 299 EAST BROWARD BOULEVARD, ROOM 411, FORT LAUDERDALE, FL 33301.

    The Confirmation Hearing has been scheduled for <u>November 16, 2017</u> at <u>9:00 AM</u> at the UNITED STATES FEDERAL BANKRUPTCY COURTHOUSE, 299 EAST BROWARD BOULEVARD, ROOM 308, FORT LAUDERDALE, FL 33301.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued 341 Meeting of Creditors and Confirmation Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 28th day of September, 2017.

                                                                        */s/ Robin R. Weiner*
                                                                       ROBIN R. WEINER, ESQUIRE
                                                                       STANDING CHAPTER 13 TRUSTEE
                                                                       P.O. BOX 559007
                                                                       FORT LAUDERDALE, FL 33355-9007
                                                                       TELEPHONE: 954-382-2001
                                                                       FLORIDA BAR NO.: 861154

NOTICE OF CONTINUED 341 MEETING OF CREDITORS
CASE NO.:  17-19141-BKC-RBR

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
RALPH LEVI SANDERS, JR.
561 SW 60 AVE.
PLANTATION, FL  33317

**ATTORNEY FOR DEBTOR**
MICHAEL H. JOHNSON, ESQUIRE
3601 WEST COMMERICAL BLVD
SUITE 31
FT. LAUDERDALE, FL  33309

**MICHAEL H. JOHNSON, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.