UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                                   Case No: 17-19141-BKC-RBR
                                                         Chapter 13
RALPH LEVI SANDERS, JR.

             Debtor.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the following document(s) were mailed to all interested parties on the attached service list on January 21, 2018

1. Expedited Motion to Shorten Prejudice Period.

2. Notice of Hearing on Expedited Motion to Shorten Prejudice Period scheduled for February 2, 2018 at 10:00 a.m.

Dated: January 21, 2018.

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd, Ste 31
Ft. Lauderdale, FL 33309
(954) 535-1131

By: /s/ Michael H. Johnson
      Michael H. Johnson
      Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

**SERVICE LIST:**

**VIA CM/ECF:**

Scott C Lewis on behalf of Creditor The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee
bkfl@albertellilaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**VIA U.S. MAIL:**

To all parties on the attached Mailing Matrix

Label Matrix for local noticing
113C-0
Case 17-19141-RBR
Southern District of Florida
Fort Lauderdale
Sun Jan 21 19:19:54 EST 2018

ARS/Account Resolution Specialist
POB 459079
Sunrise, FL 33345-9079

Albertelli Law
POB 23028
Tampa, FL 33623-2028

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Dept of Treasury
3700 East West Highway
Hyattsville, MD 20782-2092

Dept of Treasury   (Fax only 855-292-970
3700 East West Highway
Hyattsville, MD 20782-2015

Flagship Credit Acceptance
POB 965
Chadds Ford, PA 19317-0643

IC Systems, Inc
Attention: Bankruptcy
POB 64378
St Paul, MN 55164-0378

IRS
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

Inphynet South Broward, Inc.
POB 740022
Cincinnati, OH 45274-0022

MD Now Medical Center
2007 Palm Beach Lakes Blvd
West Palm Beach, FL 33409-6501

Marchelle Bailey, Esq.
Special Assistant US Attorney
200 W. Santa Ana Blvd., #180
Santa Ana, CA 92701-4134

Medical Data Systems (MDS)
2001 9th Ave
Ste 312
Vero Beach, FL 32960-6413

Medical Data Systems (MDS)
2001 9th Ave., #312
Vero Beach, FL 32960-6413

Midland Funding
8875 Aero Dr., #200
San Diego, CA 92123-2255

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Small Business Administration
801 Tom Martin Dr., #120
Birmingham, AL 35211-6424

Tenet Florida Physicians Service
POB 100198
Atlanta, GA 30384-0198

The Bank of New York Mellon, f/k/a The Bank
Asset Backed Securities Trust 2006-SD2,
1000 Blue Gentian Road
Egan MN 55121-7700

WESTSIDE REGIONAL MEDICAL CENTER
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Wells Fargo Home Mor
Written Correspondence Resolutions
Mac#2302-04e
DesMoines, IA 50306

Wells Fargo Home Mortgage
Written Correspondence Resolutions
POB 10335
Mac#2302-04e
Des Moines, IA 50306-0335

Michael H. Johnson
3601 W. Commercial Blvd. #31
Ft. Lauderdale, FL 33309-3393

Ralph Levi Sanders Jr.
561 SW 60 Ave.
Plantation, FL 33317-3947

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355-9007